In the Matter of the Application of EMMA J. BLOOMER, as Sole Executrix, etc., of ADA L. LEINS, Deceased, for the Discovery and Delivery to Her of Certain Personal Property of Said Deceased, Claimed to Be Withheld. JULIENNE A. BOESINGER, as Executrix, etc., of ARLENE LOUISE LEINS, Deceased, Respondent, Appellant; EMMA J. BLOOMER, as Executrix, etc., of ADA L. LEINS, Deceased, Petitioner, Respondent.— Julienne A. Boesinger appeals from an order of Cortland County Surrogate's Court which denies her application to vacate an order, made by the same court on March 29, 1939, under section 205 of the Surrogate's Court Act, which requires appellant to attend and be examined concerning certain property now in her possession, and to show cause why she should not be required to deliver the same to the executrix of Ada L. Leins, deceased, it being asserted that the property belongs to the latter estate which is to be administered in Cortland county. Order unanimously affirmed, with twenty-five dollars costs to the respondent against the appellant.

ESTHER MAIER, Respondent, v. GEORGE MAIER, Appellant.— Appeal from a judgment of separation, rendered by the Supreme Court, Rensselaer county, and entered in the office of the clerk of that county on October 29, 1938, awarding plaintiff a separation on the ground of cruel and inhuman treatment, and giving her the custody of the two children of the marriage, together with alimony at the rate of eighteen dollars per week. Judgment unanimously affirmed, with costs.

## FOURTH DEPARTMENT, MAY, 1939.
### (May 3, 1939.)

EVERYBODY'S WEEKLY, INC., Appellant, v. EACH WEEK, INC., HAROLD J. GRANGER, Respondents, and CLEO MONTZ, Defendant.— Orders affirmed, with ten dollars costs and disbursements. All concur. (The orders deny plaintiff's motions to vacate demands for bills of particulars.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.